# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
39 CASIMER ROAD
MIDDLETOWN, NEW YORK 10941
(845) 694-4409
(845) 313-6068 (CELL)
(845) 232-2293 (FAX)

JOSEPH J. HASPEL

MATTHEW A. BLANK

OF COUNSEL:
NEIL I. JACOBS

JHASPEL@HASPELLAW.NET

> Application granted. The initial conference is adjourned to 4/18/2023 at 11:00 a.m., to be held by telephone using the same dial-in instructions previously provided. The parties' proposed Civil Case Discovery Plan and Scheduling Order shall be filed by 4/11/2023.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 9, 2023

Via: ECF

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: Interboro Packaging Corp. v. New Penn Motor Express, LLC and YRC Inc.
Civil Action No. 7:21-cv-10591

Hon. Judge Halpern:

Please be advised that I represent Plaintiff in the above-reference matter. Yesterday, we received a notice of a Court conference to be held on April 12, 2023, which is during the Passover holiday. My client, who is an ultra-orthodox Jew has asked that I request an adjournment so that his business is not conducted on the holiday.

Very truly yours,

Joseph J. Haspel

cc: Thomas Martin, Esq. (By ECF)